UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 18, 2015

No. 15-1264

IN RE: IN THE MATTER OF THE GRAND JURY EMPANELED on May 9, 2014

John Doe; ABC Entity,
                                                    Appellants

(D.N.J. No. 2-14-mc-00062)

Present:  FISHER, CHAGARES and COWEN, Circuit Judges

    1. Letter Motion by Appellee to Amend Precedential Opinion.

                                                    Respectfully,
                                                    Clerk/mlr

_____ORDER_____

The foregoing motion is granted.  The caption of the Opinion and Judgment are amended to designate the Hon. Stanley R. Chesler as the proper District Court Judge.  Judge Esther Salas was incorrectly identified as the lower court judge.  As this amendment is ministerial in nature, the filing date of the opinion and judgment shall not be altered.

                                By the Court,

                                s/ Robert E. Cowen
                                Circuit Judge

Dated: May 19, 2015

cc:
Damian P. Conforti, Esq.
Mark E. Coyne, Esq.
Nancy A. Del Pizzo, Esq.
John F. Romano, Esq.